THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Timothy Davis, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 
 
 

Appeal From Richland County
Carolyn C. Matthews, ALC Court Judge

Unpublished Opinion No.  2009-UP-522
 Submitted November 2, 2009  Filed
November 19, 2009

AFFIRMED

 
 
 
 Timothy Davis, pro se, for Appellant.
 Robert W. Jacobs, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Timothy
 Davis appeals the Administrative Law Court's (ALC) dismissal of his appeal due
 to his failure to timely serve South Carolina Department of Corrections with
 the notice of appeal.  We
 affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 68, SCALCR (providing that the South Carolina
 Appellate Court Rules and the South Carolina Rules of Civil Procedure be
 applied "in proceedings before the [ALC] to resolve questions not
 addressed by these rules"); Rule 234(b), SCACR (finding the time for
 serving the notice of appeal may not be "extended or shortened."); Rule 59, SCALCR ("The notice of appeal from the final decision to
 be heard by the [ALC] shall be filed with the Court and a copy served on each
 party, including the agency, within thirty (30) days of receipt of the decision
 from which the appeal is taken."); Rule 62, SCALCR (providing for
 dismissal of an appeal from the ALC for failure to follow procedural rules); Mears
 v. Mears, 287 S.C. 168, 169, 337 S.E.2d 206, 207 (1985) ("Service of
 the notice of intent to appeal is a jurisdictional requirement," and
 courts are unable to extend or expand the time in which the notice of appeal
 must be served.).
AFFIRMED.  
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.